IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **In Re . . .**<br>**Search Warrants** | ) Criminal No.     5:25-SW-11 (MJK)<br>)<br>) **Unsealing Order**<br>)<br>)<br>)<br>)<br>) |

The United States of America, by and through its counsel of record, the United States Attorney for the Northern District of New York ["NDNY"], has applied to the Court to unseal the following documents:

1. Search warrant application and related materials filed January 17, 2025 in 5:25-SW-11 (MJK); and

2. Search warrant application and related materials filed February 10, 2025 in 5:25-SW-11 (MJK)

The reasons provided for the sealing of such documents are no longer applicable.

Accordingly, it is hereby ordered that the outlined in Numbers 1 and 2, above, are unsealed.

IT IS SO ORDERED.

Dated and entered this 29th day of July, 2025.

                                                              Hon. Mitchell J. Katz
                                                              United States Magistrate Judge